GREENBERG TRAURIG, LLP
Mark D. Kemple (SBN 145219)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
TEL:   (310) 586-7700
FAX:   (310) 586-7800
email: kemplem@gtlaw.com
Attorneys for Defendants PERFORMANCE TEAM
LOGISTICS LLC AND PERFORMANCE TEAM LLC

SUTTON HAGUE LAW CORPORATION
S. Brett Sutton (SBN 143107)
Jared Hague (SBN 251517)
Joseph V. Macias (SBN 273168)
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
TEL:   (559) 325-0500
email: jared@suttonhague.com
Attorneys for Plaintiff: STEVE TURK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TURK,<br><br>              Plaintiff,<br><br>vs.<br><br>GALE/TRIANGLE, INC., a New Jersey Corporation; and PERFORMANCE TEAM FREIGHT SYSTEMS, INC., a California Corporation; and Does 1-50, inclusive,<br><br>              Defendants. | CASE NO: 2:16-cv-00783-MCE-DB<br><br>**ORDER GRANTING STIPULATION TO MODIFY AND PRESERVE SETTLEMENT AGREEMENT**<br><br>Action Filed:        April 15, 2014<br>Action Removed:   April 15, 2016 |

**ORDER**

Having read and considered the parties' stipulation, and good cause appearing, it is hereby ordered that:

(1) the parties' agreement found at ECF Dkt. 10, Exhibit 1 of the Declaration of Jared Hague in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, is modified such that the Paragraph I. X. of that Settlement Agreement now reads: "'Settlement Class Member' or 'Settlement Class' means any and all individuals who were employed by either defendant at any time, and for any period, in California as a driver of trucks or yard goats, between April 15, 2010 <u>and April 20, 2016</u>.";

(2) the Court preliminarily approves that settlement agreement as so modified, along with the revisions set out in the Court's November 17 Order, paragraph 14 (ECF No. 21);

(3) the dates set forth in paragraphs 7-12 of the Court's Preliminary Approval Order (ECF No. 21) are extended by 30 days;

(4) the final approval hearing date set forth in the Court's Preliminary Approval Order (ECF No. 21) is continued to March 23, 2017 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

DATED:  NOVEMBER 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE