S. BRETT SUTTON 143107
JARED HAGUE 251517
JOSEPH V. MACIAS 273168
SUTTON HAGUE LAW CORPORATION, P.C.
6715 N. Palm Avenue, Suite 216
Fresno, California  93704
Telephone:  (559) 325-0500
Email: jared@suttonhague.com

Attorneys for Plaintiff: STEVE TURK

GREENBERG TRAURIG, LLP
MARK D. KEMPLE (SBN 145219)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:     (310) 586-7700
Facsimile:     (310) 586-7800
Email: kemplem@gtlaw.com

Attorneys for Defendants Performance Team
Logistics LLC and Performance Team LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TURK, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GALE/TRIANGLE, INC. a New Jersey corporation; and PERFORMANCE TEAM FREIGHT SYSTEMS, INC., a California corporation; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-00783-MCE-DB<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declarations of Jared Hague, Jeremiah Kincannon and Steve Turk, [Proposed] Order; and Lodged [Proposed] Judgment]<br><br>Date:      March 23, 2017<br>Time:      2:00 p.m.<br>Courtroom:  7<br><br>Judge:   Hon. Morrison C. England, Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RELEASE
AGREEMENT
LA 132935898v1

**PLEASE TAKE NOTICE** that the March 23, 2017 at 2:00 p.m. in Courtroom 7 of the above-entitled Court located at 501 I Street, Sacramento, California 95814, Plaintiff STEVE TURK (hereinafter "Plaintiff") and Defendants Gale Triangle, Inc. and Performance Team Freight Systems, Inc. (hereinafter collectively "Defendants") will and hereby do jointly move for an Order granting final approval of the class settlement in this action.

This Motion is based on the grounds that the settlement is fair, adequate and reasonable, given:

1. the relative strengths and weaknesses of the Parties' claims and defenses;

2. the amount offered in settlement;

3. the risks, expense, complexity and likely duration of the litigation, but for the settlement, including the risk of obtaining class certification and maintaining class status through trial;

4. the extensive discovery completed;

5. the experience and views of counsel;

6. the reaction of the class to the proposed settlement; and

7. the absence of collusion between the negotiating parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT

LA 132935898v1

1    This Motion will be based on the following Memorandum of Points and Authorities and

2  Evidence, the Request for Judicial Notice, the documents on file in this matter, the Declarations

3  of Jeremiah Kincannon, Jared Hague and Steve Turk in support of this Motion and upon such

4  other oral or documentary argument or evidence as may be submitted at or before the hearing of

5  this Motion.

6  Dated:  February 10, 2017

7                                                            SUTTON HAGUE LAW CORPORATION
                                                             A California Professional Corporation

8

9                                                            By:____/s/_____
                                                                    Jared Hague
10                                                                  Attorneys for Plaintiff
                                                                    Steven Turk
11

12                                                           GREENBERG TRAURIG, LLP

13

14                                                           By:____/s/(as authorized on February 10, 2017)_
                                                                    Mark D. Kemple
15                                                                  Attorney for Defendants Performance Team
                                                                    Logistics LLC and Performance Team LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND RELEASE
AGREEMENT

*LA 132935898v1*